NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

01-1177

STATE OF LOUISIANA

VERSUS

WOODROW DAVIS, JR.

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT,
PARISH OF RAPIDES, NO. 259,729,
HONORABLE THOMAS YEAGER, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

JIMMIE C. PETERS
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Ned E. Doucet, Jr., Chief Judge, Jimmie C. Peters and Billy H. Ezell, Judges.[*]

AFFIRMED.

**Wilson Rambo**
**Louisiana Appellate Project**
**1900 Lamy Lane, Suite J**
**Monroe, LA  71201**
**(318) 388-6811**
**COUNSEL FOR DEFENDANT/APPELLANT:**
        **Woodrow Davis, Jr.**

---

[*]Honorable Billy H. Ezell, Judge, sitting as the successor to Judge Henry L. Yelverton, retired.

**Woodrow Davis, Jr.**
**Rapides Parish Detention Center #3**
**7400 Academy Drive—H-32**
**Alexandria, LA  71303**
**IN PROPER PERSON:**
    **Woodrow Davis, Jr.**

**Roger J. Breedlove**
**Assistant District Attorney**
**P.O. Box 1472**
**Alexandria, LA  71309-1472**
**(318) 473-6650**
**COUNSEL FOR APPELLEE:**
    **State of Louisiana**